10-CV-01295-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAWRENCE M. MARTIN,<br><br>    Plaintiff,<br><br>    v.<br><br>SUSAN PIERCE,<br><br>    Defendant. | CASE NO. C10-1295-JLR<br><br>ORDER DISMISSING § 1983 ACTION |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, *including the Objection to the Report and Recommendation (Dkt 27),* and the balance of the record, does hereby find and ORDER:

(1)   The Court adopts the Report and Recommendation;

(2)   Defendant's Motion for Summary Judgment (Dkt. 24) is GRANTED; and

(3)   The complaint and this action are DISMISSED with prejudice.

DATED this 28th day of March, 2011.

JAMES L. ROBART
United States District Judge

ORDER DISMISSING § 1983 ACTION
PAGE -1